## STATE v. ARTHUR EDWARDS.

(Filed 14 March, 1928.)

APPEAL by defendant from *Cranmer, J.,* at October Term, 1927, of LENOIR. No error.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
*Cowper, Whitaker & Allen for defendant.*

PER CURIAM. The defendant was convicted of a breach of the prohibition law, and from the judgment pronounced he appealed to this Court upon error assigned. We have considered each of the exceptions, and find no reversible error in the record.

No error.